```
1  Mindy S. Novick (SBN 251083)
   Sherry L. Swieca (SBN 198700)
2  Adam Y. Siegel (SBN 238568)
   JACKSON LEWIS LLP
3  725 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5408
4  Telephone: (213) 689-0404
   Facsimile: (213) 689-0430
5  novickm@jacksonlewis.com
   swiecas@jacksonlewis.com
6  siegela@jacksonlewis.com

7  Attorneys for Defendant
   JACOBS FIELD SERVICES NORTH AMERICA, INC.
8
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY LEE PIERCE,<br><br>        Plaintiff,<br><br>vs.<br><br>JACOBS FIELD SERVICES OF NORTH AMERICA, INC.,<br><br>        Defendant. | Case No.: 2:10-cv-04904-GW-JC<br><br>[Assigned for all purposes to the Honorable George H Wu]<br><br>**STIPULATION OF DISMISSAL** & Order<br><br>Complaint filed: June 1, 2010<br>Trial: Vacated |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated by and between Plaintiff ROY LEE PIERCE ("Plaintiff") and Defendant JACOBS FIELD SERVICES NORTH AMERICA, INC. ("Defendant") through their attorneys of record that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties. Each party shall bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

---

IT IS SO STIPULATED:

DATED: January 7, 2011  JACKSON LEWIS LLP

By: /S/ Mindy S. Novick
Mindy S. Novick
Sherry L. Swieca
Adam Y. Siegel

Attorneys for Defendant
JACOBS FIELD SERVICES NORTH AMERICA, INC.

DATED: January 7, 2011

Roy Lee Pierce
Plaintiff

IT IS SO ORDERED
Dated January 13, 2011

George H. Wu
United States District Judge